UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORI A. HEITMANN,

    Plaintiff,

v.                                          Case No:  2:12-cv-78-FtM-MEA-CM

ROBERT L. FRANCOLETTI,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Joint Stipulation for Voluntary Dismissal (Doc. #54) filed by the parties on February 10, 2014. The parties, through their respective counsel, stipulate to the dismissal of this case.

Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be dismissed by the plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Here, all parties to this litigation who have appeared have signed and consented to the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This matter is hereby **DISMISSED without prejudice** pursuant to the Joint Stipulation for Voluntary Dismissal (Doc. #54), with each party to bear their own attorney's fees and costs.

(2) The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of February, 2014.

_____
The Honorable Marvin E. Aspen
United States District Judge

Copies:  All Parties of Record